THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL YOUNG,<br><br>　　　　Defendant. | CASE NO. C17-280-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff served the summons and complaint on June 14, 2016. (Dkt. No. 7, 8.) Defendant has not answered or otherwise defended this suit. No action has been taken since service. Plaintiff is ORDERED to show cause why this case should not be dismissed for failure to prosecute. Plaintiff's response is due by Friday, May 26, 2017.

DATED this 17th day of May 2017.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER C17-280-JCC
PAGE - 1