THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS, <br><br> Plaintiff, <br> v. <br><br> MICHAEL YOUNG, Acting Secretary of the U.S. Department of Agriculture <br><br> Defendant. | CASE NO. C17-0280-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's response to the Court's order to show cause (Dkt. No. 14). The order to show cause (Dkt. No. 10) is VACATED. Further, a status conference is SET for Tuesday, June 27, 2017, at 9 a.m.

DATED this 30th day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk